# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| Plaintiff(s) | ) )  ) ) |
| v. | ) Civil Action No. ) ) |
| Defendant(s) | ) |

## NOTICE OF ADR SESSION

The _____ session is scheduled in the above captioned matter for

(date) _____ ,20 \_\_\_\_\_ at _____. The session will be held at _____

_____

Attendance of the parties and principals will be in accordance with the Court's Alternative Dispute Resolution Policies and Procedures.

Date: _____   Signature of Neutral: _____

200609